IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOSE FRATICELLI, | ) |
| Plaintiff, | ) |
| | ) Civil Action Number |
| v. | ) |
| | ) |
| OUTOKUMPU STAINLESS USA, LLC, | ) |
| | ) **PLAINTIFF DEMANDS A** |
| Defendant. | ) **TRIAL BY STRUCK JURY** |

## COMPLAINT

### JURISDICTION AND VENUE

1. This is a suit to obtain relief for violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201, *et seq.* arising from unlawful retaliation.

2. The jurisdiction of the court is invoked pursuant to 28 U.S.C. §1337 and 29 U.S.C. § 201, *et seq.*

3. Venue is proper because the Defendant does business in Calvert, Alabama which is in the Southern Division of the United States District Court for the

Complaint
*Fraticellis v. Outokumpu Stainless USA, LLC*
United States District Court for the Southern Distict of Alabama

1

Southern District of Alabama.

## PARTIES

4. Plaintiff Jose Fraticelli was more than 19 years old at the time of the events giving rise to this action.

5. Defendant Outokumpu Stainless USA, LLC ("Outokumpu") is a foreign limited liability company formed in the State of Delaware and doing business in Calvert, Alabama.

6. Outokumpu is engaged in interstate commerce and/or the production of goods for interstate commerce.

7. Outokumpu is an employer covered by the mandates of the FLSA.

## COUNT I
## FAIR LABOR STANDARDS ACT
(Retaliation)

8. Fraticelli was an employee for Outokumpu.

9. Fraticelli voluntarily separated employment in 2018 from Outokumpu on good terms such that he was eligible for rehire.

10. Prior to his voluntary separation, Fraticelli gave at least two-weeks of

Complaint
*Fraticellis v. Outokumpu Stainless USA, LLC*
United States District Court for the Southern Distict of Alabama

2

advance notice to his supervisor, Robert Jager, of his resignation.

11. On or about July 17, 2019, Fraticelli signed a *Consent to Become a Party Plaintiff* in the lawsuit styled *Hornaday v. Outokumpu Stainless USA, LLC* (1:18-cv-003174-JB-N) to assert claims he may have under the FLSA against Outokumpu.

12. Fraticelli joined the action of *Hornaday v. Outokumpu Stainless USA, LLC* (1:18-cv-003174-JB-N) as a Plaintiff on or about August 7, 2019.

13. As of August 7, 2019, Outokumpu knew of Fraticelli's participation in the *Hornaday* case.

14. During the discovery period in the *Hornaday* case, Outokumpu and its Human Resources employees had to gather and produce information relating to Fraticelli.

15. In May 2022, Fraticelli applied for reemployment with Outokumpu.

16. Outokumpu interviewed Fraticelli on or about May 19, 2022.

17. Outokumpu extended an offer of employment to Fraticelli.

18. Outokumpu offered Fraticelli a position as Entry Operator in Finishing paying $22.21 an hour.

19. Fraticelli exchanged emails with Outokumpu's Human Resources Specialist

Complaint
*Fraticellis v. Outokumpu Stainless USA, LLC*
United States District Court for the Southern District of Alabama

3

Erica Bendolph concerning his reemployment.

20. Outokumpu set June 13, 2022 as Fraticelli's first day to report to work.

21. On June 13, 2023, Fraticelli attended orientation at Outokumpu.

22. While at lunch on June 14, 2023, Bendolph notified Fraticelli that there was a problem concerning his prior period of employment with Outokumpu.

23. Bendolph told Fraticelli that Outokumpu could not reemploy him because he had not given notice prior to his separation.

24. Fraticelli confirmed with Jager that he had given sufficient advance notice prior to his resignation.

25. Fraticelli notified Bendolph that Jager confirmed Fraticelli had given sufficient notice prior to his resignation.

26. Fraticelli also notified Karrie Walker, a Human Resources Business Partner at Outokumpu, that Jager would confirm Fraticelli gave sufficient notice prior to his resignation.

27. Fraticelli gave Jager's contact information to Walker and asked her to contact Jager.

28. Walker did not contact Jager.

29. Jager confirmed to Fraticelli that Walker did not contact him.

Complaint
*Fraticellis v. Outokumpu Stainless USA, LLC*
United States District Court for the Southern Distict of Alabama

4

30. Outokumpu still refused to allow Fraticelli to return to work.

31. The reason given to Fraticelli for refusing to allow him to return to work was false.

32. Fraticelli gave information to Outokumpu demonstrating that the reason it gave to him for refusing to work was false.

33. Despite receiving information that the reason it gave Fraticelli for refusing to rehire him was false, Outokumpu still did not rehire or recall Fraticelli to work.

34. On or about November 28, 2022, Fraticelli complained to Outokumpu through counsel that he believed in good faith that Outokumpu had retaliated against him in violation of the FLSA.

35. Despite receiving information that the reason it gave Fraticelli for refusing to rehire him was false and that its conduct was retaliatory in violation of the FLSA, Outokumpu still did not rehire or recall Fraticelli to work.

36. In 2022, Outokumpu knew that the FLSA prohibited employers from taking adverse actions against a current or former employee who participated in a lawsuit alleging a violation of the FLSA.

37. Outokumpu retaliated against Fraticelli in violation of the FLSA by

Complaint
*Fraticellis v. Outokumpu Stainless USA, LLC*
United States District Court for the Southern District of Alabama

5

rescinding his offer of employment and refusing to allow him to work for the company.

38. Outokumpu's conduct injured Fraticelli.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests this Court enter a judgment against Outokumpu pursuant to an order by which the Court awards the remedies and relief permitted by the FLSA including:

    a.    Backpay;

    b.    Liquidated damages;

    c.    Injunctive relief;

    d.    Declaratory relief; and

    e.    Costs, including a reasonable attorney's fee.

**PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES SO TRIABLE.**

*Heather Newsom Leonard*
Heather Newsom Leonard
ASB-1152-O61H
ATTORNEY FOR PLAINTIFF

---
**Complaint**
*Fraticellis v. Outokumpu Stainless USA, LLC*
United States District Court for the Southern District of Alabama

6

OF COUNSEL:

HEATHER LEONARD, P.C.
2105 Devereux Circle, Suite 111
Birmingham, AL 35243
(205) 977-5421 - voice
(205) 278-1400 - facsimile

SERVE DEFENDANT BY CERTIFIED MAIL:

Outokumpu Stainless USA, LLC
c/o Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, AL 36104

**Complaint**
*Fraticellis v. Outokumpu Stainless USA, LLC*
United States District Court for the Southern Distict of Alabama

7