IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOSE FRATICELLI,           ) | |
|     Plaintiff,           ) | |
|                   ) | |
| v.           ) | CIVIL ACTION NO. 1:23-00149-N |
|                   ) | |
| OUTOKUMPU STAINLESS           ) | |
| USA, LLC,           ) | |
|     Defendant.           ) | |

**ORDER DISMISSING CIVIL ACTION ON NOTICE OF SETTLEMENT**

The parties to this civil action have informed the Court that they have reached a settlement and agree to dismissal of this action.[1] Upon due consideration, it is **ORDERED** that all claims and causes of action asserted in this civil action are **DISMISSED with prejudice** under Federal Rule of Civil Procedure 41(a)(2) ("Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper[]"), subject to the right of any party to move to reinstate this action by no later than **July 11, 2024**, in the event the settlement agreement is not finalized.[2] As such, all other pending deadlines and setting in this action are **CANCELLED**.

The parties shall bear their own costs, attorneys' fees, and other expenses for this action, except as otherwise may be provided in the settlement agreement. No

---

[1] With the consent of the parties, this civil action has been referred to the undersigned Magistrate Judge to conduct all proceedings, including trial; to order entry of final judgment; and to conduct all post-judgment proceedings, in accordance with 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and S.D. Ala. GenLR 73. (*See* Docs. 10, 12).

[2] A "district court need no await a motion from a plaintiff to permit voluntary dismissal and may act sua sponte to dismiss under Rule 41(a)(2)." *Potenberg v. Bos. Sci. Corp.*, 252 F.3d 1253, 1256 n.1 (11th Cir. 2001) (per curiam) (citation omitted).

separate judgment pursuant to this dismissal will be entered under Federal Rule of Civil Procedure 58 unless a party moves for one under Rule 58(d).

**DONE** and **ORDERED** this the 11th day of June 2024.

/s/ *Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**